IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00183-CMA-BNB

CAROL VON SCHWAB, and
RONALD VON SCHWAB,

Plaintiffs,

v.

AAA FIRE & CASUALTY INSURANCE COMPANY a/k/a ACA Insurance company, an Indiana corporation,

Defendant.

___

## MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Unopposed Motion to Amend Scheduling Order, Motion to Withdraw Pending Motion to Compel Discovery and for Sanctions Regarding Depositions, and State Report Regarding Discovery** [docket no. 30, filed June 11, 2014] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED as follows:

1.     **Plaintiffs' Second Motion to Compel Discovery and for Sanctions** [27] is **DENIED AS WITHDRAWN**. However, the motions hearing set for **July 15, 2014, at 8:30 a.m.**, will still go forward since the Motion to Compel Discovery [22] is still pending.

2.     The Scheduling Order is amended as follows:

    - Deadline for joinder of parties and amended of pleadings: **August 1, 2014**
    - Discovery cut-off: **November 13, 2014**
    - Dispositive motion deadline: **December 14, 2014**
    - The Court notes that plaintiffs' report that depositions pursuant to F.R.C.P. 30(b)(6) are anticipated to be completed on **June 27 or June 28, 2014**.

    The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **September 13, 2014**;

       The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **October 15, 2014**.

DATED: June 12, 2014