IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 14-cv-00183-CMA-BNB

CAROL VON SCHWAB, and
RONALD VON SCHWAB,

Plaintiffs,

v.

AAA FIRE & CASUALTY INSURANCE COMPANY a/k/a ACA Insurance company, an Indiana corporation,

Defendant.
_____

**ORDER**
_____

This matter arises on the following:

(1)   **Motion to Compel Discovery** [Doc. # 22, filed 5/22/2014]; and

(2)   **Motion for Protective Order Relating to Expert Witness Fees and Depositions** [Doc. # 35, filed 6/26/2014] (the "Motion for Protective Order").

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED:

(1)   The Motion to Compel Discovery [Doc. # 22] is DENIED; and

(2)   The Motion for Protective Order [Doc. # 35] is DENIED.

Dated July 15, 2014.

                                        BY THE COURT:

                                        s/ Boyd N. Boland
                                        United States Magistrate Judge