IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action: 14-cv-00183-CMA-BNB | Date: September 2, 2014 |
| Courtroom Deputy: Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Counsel* |
|---|---|
| CAROL VON SCHWAB<br>RONALD VON SCHWAB<br>**Plaintiff(s)** | *Keith E. Frankl* |
| v. | |
| AAA FIRE & CASUALTY INSURANCE<br>COMPANY<br>**Defendant(s)** | *Carol L. Thomson*<br>*Mark E. Harris* |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session: 9:00 a.m.

Appearance of counsel.

Argument given on [43] Motion for Sanctions and Motion for Discovery.

**ORDERED:** **[43] Motion for Sanctions and Motion for Discovery is GRANTED IN PART and DENIED IN PART.**

       **No costs or sanctions are imposed.**

**ORDERED:** **[50] Unopposed Third Motion by Plaintiff to Extend Deadlines in Scheduling Order is GRANTED.**

Scheduling Order is amended as follows:

Discovery cut-off: January 13, 2015.

The dispositive motion deadline: February 13, 2015.

Parties shall designate all affirmative experts no later than: November 13, 2014.

Parties shall designate all rebuttal experts no later than: December 13, 2014.

Final Pretrial Conference is reset to April 14, 2015 at 10:00 a.m.

Discussion held on reopening of deposition, claims adjusting and attorney client privilege.

Court in Recess: 9:44 a.m.          Hearing concluded.          Total time in Court:   00:44

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119