IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 14-cv-00183-CMA-BNB

CAROL VON SCHWAB, and
RONALD VON SCHWAB,

Plaintiffs,

v.

AAA FIRE & CASUALTY INSURANCE COMPANY a/k/a ACA Insurance company, an Indiana corporation,

Defendant.
_____

**ORDER**
_____

This matter arises on the following:

(1) **Motion for Sanctions and Motion for Discovery** [Doc. # 43, filed 8/4/2014] (the "Motion to Compel"); and

(2) **Unopposed Third Motion by Plaintiff to Extend Deadlines in Scheduling Order** [Doc. # 50, filed 8/4/2014] (the "Motion for Extension").

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion to Compel [Doc. # 43] is GRANTED IN PART and DENIED IN PART as follows:

• GRANTED to allow the deposition of defendant's Rule 30(b)(6) deposition to be reopened, one time only, on the following topics:

(i) Topic 6 of plaintiffs' Notice of Video Deposition Pursuant to F.R.C.P. 30(b)(6);

(ii) The circumstances surrounding whether the defendant overlooked or otherwise failed to adjust plaintiffs' claims concerning windows, painting, HVAC, and downspouts; adjustment of those claims; and payments made in connection with those claims;

- DENIED in all other respects; and

- Each party shall pay its own costs and attorneys' fees incurred in connection with the reopened Rule 30(b)(6) deposition.

(2) The Motion for Extension [Doc. # 50] is GRANTED, and the case schedule is modified to the following extent:

Discovery Cut-Off:         January 13, 2015

Dispositive Motions Deadline:     February 13, 2015

Expert Disclosures:

(a) The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before November 13, 2014

(b) The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before December 13, 2014

Final Pretrial Conference: The final pretrial conference is VACATED and RESET to April 14, 2015, at 10:00 a.m.  A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than April 7, 2015.

Dated September 2, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

Dated September 2, 2014.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge