IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 14-cv-00183-CMA-BNB

CAROL VON SCHWAB, and
RONALD VON SCHWAB,

Plaintiffs,

v.

AAA FIRE & CASUALTY INSURANCE COMPANY a/k/a ACA Insurance company, an Indiana corporation,

Defendant.
_____

**ORDER**
_____

This matter arises on the following:

(1)     **Defendant's Motion for Protective Order** [Doc. # 57, filed 9/30/2014]; and

(2)     Plaintiffs' **Motion to Extend Deadlines** [Doc. # 61, filed 10/10/2014].

I held a hearing on the motions this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)     Defendant's Motion for Protective Order [Doc. # 57] is GRANTED IN PART and DENIED IN PART as specified on the record.

(2)     The Motion to Extend Deadlines [Doc. # 61] is GRANTED, and the case schedule is modified to the following extent:

        Discovery Cut-Off:            March 13, 2015

        Dispositive Motions Deadline:   April 14, 2015

Expert Disclosures:

(a)  The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before January 13, 2015

(b)  The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before February 13, 2014

Final Pretrial Conference: The final pretrial conference is VACATED and RESET to July 23, 2015, at 9:30 a.m. A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than July 16, 2015.

Dated November 12, 2014.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge