IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 14-cv-00183-CMA-NYW

CAROL VON SCHWAB, and
RONALD VON SCHWAB,

    Plaintiffs,

v.

AAA FIRE & CASUALTY INSURANCE COMPANY,
a/k/a ACA INSURANCE COMPANY, an Indiana corporation,

    Defendant.

## ORDER GRANTING STIPULATED MOTION TO DISMISS

This matter comes before the Court on the Parties' "Joint Motion to Dismiss With Prejudice." (Doc. # 87.) The Court, having reviewed the Motion and being duly informed about the matter, hereby finds, concludes, and orders as follows:

The Motion (Doc. # 87) is GRANTED. All claims asserted in this case are DISMISSED WITH PREJUDICE, the parties to pay their own fees and costs.

DATED: April __29__, 2015

                                                        BY THE COURT:

                                                        _____
                                                        CHRISTINE M. ARGUELLO
                                                        United States District Judge